NATIONAL LABOR RELATIONS BOARD, Petitioner, v. AUTOMATIC SCREW MACHINE CO., et al., Respondents.

No. 10781.

Circuit Court of Appeals, Ninth Circuit.

June 12, 1944.

Malcolm F. Halliday, Associate Gen. Counsel, N. L. R. B., of Washington, D. C., for petitioner.

Oscar W. Houge, of Los Angeles, Cal., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon petition of the National Labor Relations Board for entry of a decree enforc-

ing its order, herein, respondent consenting to entry of such decree, and good cause therefor appearing, ordered petition granted and decree filed and entered enforcing the order of the National Labor Relations Board and that a certified copy of such decree be forthwith issued to the respective parties.